UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Cynthia Lynn Byars, | ) | Civil Action No. 1:14-cv-3694-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed October 15, 2015. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of $3,468.75 in attorney's fees, $24.55 in expenses, and $400.00 in costs for filing fees. The Defendant filed a Response on November 2, 2015, in which she notified the Court that she did not object to Plaintiff's motion for fees under the EAJA for the above-stated amounts.

ORDERED that Plaintiff, Cynthia Lynn Byars, is awarded attorney fees under the EAJA in the amount of $3,468.75, expenses in the amount of $24.55 and $400.00 in costs. These attorney fees will be paid directly to Plaintiff, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Signed this 2nd day of November, 2015, in Columbia, South Carolina.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge
